## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

PHILLIP BLACKWOOD,

                Plaintiff,                      23 **CIVIL** 1297 (KMK)

    -against-                                **JUDGMENT**

WESTCHESTER COUNTY and
PAROLE OFFICER COX,

                Defendants.

-------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 25, 2024, Defendants' Motion is granted. Specifically, the Court converts the Motion into a Motion for Summary Judgment on the issue of exhaustion and grants judgment in Defendants' favor. Although this is the first adjudication of Plaintiff's claims, Plaintiff was notified of the consequences of conversion and the chance judgment could be entered for Defendants without a trial; accordingly, the case is closed.

**Dated:**  New York, New York
          September 26, 2024

                                              **DANIEL ORTIZ**
                                       **Acting Clerk of Court**

                        **BY:**
                                         **Deputy Clerk**